IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MID-CONTINENT CASUALTY COMPANY | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CAUSE NO. 4:08-cv-00021 |
| ACADEMY DEVELOPMENT, INC., CHELSEA HARBOUR, LTD., LEGEND CLASSIC HOMES, LTD., AND LEGEND HOME CORPORATION | § § § § § § | |
| *Defendants* | § | |

## DEFENDANTS' DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, the Defendants, Academy Development, Inc., Chelsea Harbour, Ltd., Legend Classic Homes, Ltd., and Legend Home Corporation (collectively, "Defendants"), and file their Designation of Expert Witnesses as follows:

1.  Mr. Rusty Hardin
    Rusty Hardin & Associates, P.C.
    5 Houston Center
    1401 McKinney, Suite 2250
    Houston, Texas 77010
    (713) 652-9000

    Mr. Hardin is an attorney licensed to practice law in Texas, with over 30 years of litigation experience. He will testify regarding the reasonableness and necessity of attorneys' fees and costs incurred defending the Budiman lawsuit. He will also testify with regard to the normal and customary charges for legal services rendered in Texas civil cases that proceed through a trial to reach a verdict. Mr. Hardin's opinions are based on his knowledge, skill, experience, training and education, as well as his participation in the Budiman lawsuit and numerous lawsuits that proceed through jury trials. His resume is attached as Exhibit "A".

2.     Mr. Lee H. Shidlofsky
       Visser Shidlofsky L.L.P.
       7200 N. Mopac Expressway
       Suite 430
       Austin, Texas 78731
       (512) 795-0600

       Mr. Shidlofsky is an attorney licensed to practice law in Texas. He will testify regarding the reasonableness and necessity of attorneys' fees andcosts incurred defending the Budiman lawsuit. He will also testify with regard to the normal and customary charges for legal services rendered in Texas for the prosecution and defense of insurance coverage cases. Mr. Shidlofsky's opinions are based on his knowledge, skill, experience, training and education, as well as his review of the documents produced in this litigation. His resume and curriculum vitae is attached as Exhibit "B".

3.     Mr. Patrick D. Sullivan
       Hoover Slovacek, L.L.P.
       San Felipe Plaza
       Suite 2200
       5847 San Felipe
       Houston, Texas 77057
       (713) 977-8686

       Mr. Sullivan is an attorney licensed to practice law in Texas. He will testify regarding the reasonableness and necessity of attorneys' fees and costs incurred defending the Budiman lawsuit. He will also testify with regard to the normal and customary charges for legal services rendered in Texas civil cases. Mr. Sullivan's opinions are based on his knowledge, skill, experience, training and education, as well as his participation in the Budiman lawsuit and numerous other civil cases. His resume is attached as Exhibit "C".

The Defendants reserve the right to designate and call, by deposition or at trial, any expert witness designated by Mid-Continent Casualty Company in this litigation, if any. The Defendants reserve the right to designate any additional expert witnesses, should it become necessary to do so, since discovery is not complete. The Defendants additionally reserve the right to elicit expert opinion or lay opinion testimony from any witness at the time of trial which would be truthful, which would be a benefit to the jury

to determine material issues of fact, and which would not violate any existing Court Order or the Federal Rules of Civil Procedure.

The Defendants further reserve the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness at trial, and to re-designate same as a consulting expert, who cannot be called by opposing counsel.

The Defendants further designate all parties to this suit and all experts designated, if any, by any party to this lawsuit, even if the designating party is not a party to this suit at the time of trial.

>                           Respectfully Submitted,
>
> By:   /s/ Lee H. Shidlofsky
>       Lee H. Shidlofsky
>       Texas Bar No. 24002937
>       Southern District No. 22026
>       Melissa L. Kelly
>       Texas Bar No. 24055766
>       Southern District No. 685892
>       **COUNSEL FOR DEFENDANTS**

**OF COUNSEL:**
VISSER SHIDLOFSKY LLP
7200 N. Mopac Expwy., Suite 430
Austin, Texas 78731
(512) 795-0600
(866) 232-8709 FAX
Email: lee@vsfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of September, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to each counsel of record. To the extent any such counsel is not registered for such electronic delivery, the foregoing document will be served in accordance with the Federal Rules of Civil Procedure.

                                             /s/ Lee H. Shidlofsky
                                             Lee H. Shidlofsky