UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MID-CONTINENT CASUALTY COMPANY, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION H-08-21 |
| ACADEMY DEVELOPMENT, INC. *et al.*, | § § § | |
| *Defendant*s. | § § | |

## ORDER

Pending before the court is defendants' motion to alter judgment. Dkt. 51. After review of the motion, the response, and the applicable law, the motion is DENIED.

It is so ORDERED.

Signed at Houston, Texas on April 21, 2010.

_____
Gray H. Miller
United States District Judge

TO ENSURE PROPER NOTICE, EACH PARTY RECEIVING THIS ORDER SHALL
FORWARD IT TO EVERY OTHER PARTY AND AFFECTED NONPARTY